IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-11 (MTT) |
| | ) |
| ROY INGRAM a/k/a "MONEY ROY" and | ) |
| TRAVIS MARCIA DAVIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER

The government has moved to continue this case until the next trial term. Doc. 34. The defendants were indicted on February 13, 2024. Doc. 1. Defendant Travis Marcia Davis had his initial appearance and arraignment in this Court on March 1, 2024. Doc. 13. Defendant Roy Ingram had his initial appearance and arraignment in this Court on March 5, 2024. Doc. 25. No prior continuances have been granted. The government now moves the Court to continue this case to the next trial term to permit the parties to assess the need for any additional discovery, file any motions deemed appropriate and complete any plea negotiations aimed at a possible resolution of the case. Doc. 34 ¶ 3. The defendants do not oppose the motion. *Id.* at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial. Accordingly, the motion (Doc. 34) is **GRANTED**. The case is continued from the April term until the Court's next trial term presently scheduled for **July 22, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 2nd day of April, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
